## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No.09-20572-CIV-UNGARO

JORGE LEYVA,

      Plaintiff,

v.

B&M LANDSCAPING, INC. and
KEVIN BAPISTE, individually,

      Defendants.

_____/

### ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte*.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises. On March 6, 2009, Defendants filed their Motion to Dismiss. (D.E. 9). Plaintiff has failed to file a timely response to the Motion. Accordingly, it is hereby

ORDERED AND ADJUDGED that Plaintiff SHALL file a response to Defendants' Motion to Dismiss no later than **noon** on **Wednesday, April 29, 2009.** Plaintiff is cautioned that failure to adequately respond to the pending motion may result in the Court granting the pending motion without further notice.

DONE AND ORDERED in Chambers at Miami, Florida, this 27th day of April, 2009.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided to:
Counsel of record